**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWIN JEOVANNY LOPEZ CORNEJO, | Civil Action No. 2:26-cv-09357-BRM |
| Petitioner, | |
| v. | |
| | **ORDER** |
| LUIS SOTO, et al., | |
| Respondents. | |

THIS MATTER having come before the Court upon Petitioner's Suggestion of Death and Notice of Voluntary Dismissal (ECF No. 6); and the Court having been advised that Petitioner passed away on August 1, 2026; and the relief sought in the Petition being personal to Petitioner and not surviving his death; and for good cause shown;

IT IS on this _12th_ day of _AUGUST_, 2026,

ORDERED that the Text Order dated July 24, 2026 (ECF No. 2) is VACATED as moot; and it is further

ORDERED that the Order to Answer dated July 27, 2026 (ECF No. 3) is VACATED as moot; and it is further

ORDERED that the Clerk of the Court shall mark this matter CLOSED.

_Brian R. Martinotti_

BRIAN R. MARTINOTTI, U.S.D.J.